# Order

Michigan Supreme Court
Lansing, Michigan

November 6, 2013

144588

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SERGIO SHAWNTEZ PRINCE,
      Defendant-Appellant.

SC: 144588
COA: 305703
Wayne CC: 91-012854-FC

_____/

On order of the Court, the application for leave to appeal the December 27, 2011 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Carp* (Docket No. 146478) and *People v Eliason* (Docket No. 147428) are pending on appeal before this Court and that the decisions in those cases may resolve an issue present in this case, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013



Clerk

h1105